Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Ft Myars_ Division

Case No. **2:26-CV-1865-SPC-KRH**

(to be filled in by the Clerk's Office)

_Robin Rowe Borst-Dookie_

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_Fatmir Alija_

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robin Rowe Borst-Dookie |
| Street Address | 22259 Montrose Avenue |
| City and County | Port Charlotte |
| State and Zip Code | Florida 33952 |
| Telephone Number | 941 769-1407 |
| E-mail Address | ROBINBORST@EMBARQMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

   Name                              FATMIR ALIJA

   Job or Title *(if known)*         SELF-EMPLOYED

   Street Address                    17394 NORSEMAN AVENUE

   City and County                   PORT CHARLOTTE Fl

   State and Zip Code                FLORIDA        33954

   Telephone Number

   E-mail Address *(if known)*

Defendant No. 2

   Name

   Job or Title *(if known)*

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

Defendant No. 3

   Name

   Job or Title *(if known)*

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

Defendant No. 4

   Name

   Job or Title *(if known)*

   Street Address

   City and County

   State and Zip Code

   Telephone Number

   E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* FATMIR ALIJA , is a citizen of

the State of *(name)* FLORIDA . Or is a citizen of

*(foreign nation)* _____ .

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:



$10,600.00

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Mr Alija was paid to replace roof, Cash payment, no show ATTACHED information As proof

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_RE Fund payment_

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _June 4, 2026_

Signature of Plaintiff    _[signature]_

Printed Name of Plaintiff    _Robin Rowe BoAst-Dookie_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____

OVERVIEW
BY Robin Borst-Dookie

FATMIR ALIJA
22291 Westchester Blvd Unit # 404
Port Charlotte FL 33952        (33980)?
Old Address:  1614 Squaw Lane North Port FL
                                            34286

Plate # AW11PH   03/15/2026 Electric Ford 2019
Email:  fatmiralija23@hotmail.com

Ex-wife: Mrs. Alija
8556 Trionfo Ave
North Port FL 34287

Ex-girlfriend:  Natalia Arab
Phone #'s  551-220-4403
           341-288-7566
           941-888-7003

Fatmir Alija is a convicted Felon in Charlotte County
and Pinellas County.

I, Robin Borst-Dookie hired Fatmir Aliji to put a new
Roof on my house at 22259 Montrose Avenue
Port Charlotte, FL 33952.

First contact was Febuary 16, 2024 when Fatmir Aliji
Received a cash down payment of $ 4,000.00 for
Roof material.  I have a written receipt. Friday

Mr Aliji said he would email me at
Robinborst@embarqmail.com the Invoice and
delivery confirmation on Monday Feb. 19th 2024

On February 24, 2024 Fatmire Aliji was Paid in full
for a new roof and R30 insulation for the Attic
Of $ 5,000.00 more to get job done ASAP

On March 5, 2024 we did an Adjustment to
Upgrade to a Metal Roof  an additional $ 1,600.00
I have a written receipt Mr. Aliji signed
Total  $ 10,600.00

Fought on the phone with calls and texting to get job
Done until April 19, 2024 Mr. Aliji requested I take a
refund  instead of roof job.  I agreed to that in a text
message.

September 18,2024 Fatmir Aliji asked  to give
me,(Robin) my Insulation for the ceiling "free" for
My patience on refunding my money. (in a text)

September 20, 2024 Mr. Aliji came to my house and
Gave Robin $ 1,000.00 toward refund. In written
receipt. He noticed my roof was not done and asked
again if I would allow him to put roof on. I told him
Let me think about it.  And in January I agreed to go

Ahead with roof since $ 9,600.00 as not been refunded.   He asked me to pull the permit as a homeowner?? I did on January 22, 2025

I, Robin Borst-Dookie have one year + one month of All our text messages.

RECENTLY:
Mr. Aija contacted Robin asking to meet at the Bank of America in front of Lowes store,, port charlotte to give me refund. He was 45 minutes late and asked robin to meet him in the parking lot.  I said, No, to come into the bank and get a cashiers check to refund me as discussed on the phone. Mr. Aija said he does not Bank there ????  The money was in 3 different locations. Robin abruptly confronted Mr. Aija proceeded to admit he did not Have the money for a refund and please  give him one more try to do the Roof on April 24th. And we would go back to making it a metal roof no extra cost He was a no show again. And today is April 28th, so I am reporting to the sheriffs office.

Robin R Borst-Dookie
Home owner